No. 83–458. BLOCK, SECRETARY OF AGRICULTURE, ET AL. *v.* COMMUNITY NUTRITION INSTITUTE ET AL. C. A. D. C. Cir. Certiorari granted.

No. 83–346. UNITED STATES *v.* YERMIAN. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 83–712. NEW JERSEY *v.* T. L. O. Sup. Ct. N. J. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 82–1983. CALIGURI *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 82–6620. BREITEGAN *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 82–6945. LOE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 82–6986. HARDRICH *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 82–6992. DURAN *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied. Reported below: 140 Cal. App. 3d 485, 189 Cal. Rptr. 595.

No. 83–28. CINA *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 83–61. WILLIAMS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 83–73. FERRANTE ET AL. *v.* UNITED STATES; and
No. 83–5083. MERS ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 701 F. 2d 1321.

No. 83–108. SHOPE, EXECUTRIX OF THE ESTATE OF SHOPE *v.* HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 4th Cir. Certiorari denied.

No. 83–139. PEGUES ET AL. *v.* MISSISSIPPI STATE EMPLOYMENT SERVICE ET AL. C. A. 5th Cir. Certiorari denied.